Fred W. Schwinn (SBN 225575)
Raeon R. Roulston  (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
JOHN LOUIS REED

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOHN LOUIS REED,<br><br>      Plaintiff,<br> v.<br><br>NELSON & KENNARD, a general partnership; and ROBERT SCOTT KENNARD, individually and in his official capacity,<br><br>      Defendants. | Case No. 5:13-CV-01732-EJD-HRL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

  Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JOHN LOUIS REED, and Defendants, NELSON & KENNARD and ROBERT SCOTT KENNARD, stipulate, and the Court hereby orders, as follows:

    1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JOHN LOUIS REED, against Defendants, NELSON & KENNARD and ROBERT SCOTT KENNARD, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

Dated: September 11, 2013         /s/ Fred W. Schwinn
                                  Fred W. Schwinn, Esq.
                                  Attorney for Plaintiff
                                  JOHN LOUIS REED


Dated: September 11, 2013         /s/ Robert Scott Kennard
                                  Robert Scott Kennard, Esq.
                                  Attorney for Defendants
                                  NELSON & KENNARD and
                                  ROBERT SCOTT KENNARD


THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.


Dated: _____      _____
                                  The Honorable Edward J. Davilla
                                  United States District Judge

---

- 2 -

STIPULATION OF DISMISSAL                Case No. 5:13-CV-01732-EJD-HRL