Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
JOHN LOUIS REED

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOHN LOUIS REED,<br><br>                      Plaintiff,<br>v.<br><br>NELSON & KENNARD, a general partnership; and ROBERT SCOTT KENNARD, individually and in his official capacity,<br><br>                      Defendants. | Case No. 5:13-CV-01732-EJD-HRL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JOHN LOUIS REED, and Defendants, NELSON & KENNARD and ROBERT SCOTT KENNARD, stipulate, and the Court hereby orders, as follows:

      1.  The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JOHN LOUIS REED, against Defendants, NELSON & KENNARD and ROBERT SCOTT KENNARD, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

- 1 -

STIPULATION OF DISMISSAL                                        Case No. 5:13-CV-01732-EJD-HRL

1 | Dated: September 11, 2013 | /s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
JOHN LOUIS REED

Dated: September 11, 2013 | /s/ Robert Scott Kennard
Robert Scott Kennard, Esq.
Attorney for Defendants
NELSON & KENNARD and
ROBERT SCOTT KENNARD

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.
The clerk shall close this file.

Dated:  9/13/2013

_____
The Honorable Edward J. Davilla
United States District Judge